```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA


                          ----oo0oo----

CROCHEN RIVERS, an individual,
                                     NO. CIV. 2:12-1087 WBS EFB
          Plaintiff,

     v.

COLUMBIA SUSSEX CORPORATION, and
DOES 1 through 50, inclusive,

          Defendant.
                                    /

                          ----oo0oo----

              STATUS (PRETRIAL SCHEDULING) ORDER
```

After holding a hearing regarding the parties' Joint Status Report, the court issues the following order.

As agreed to by the parties at the hearing, plaintiff shall have until September 4, 2012, to file an amended complaint for the purpose of joining CP Sacramento LLP as an additional defendant. The Scheduling Conference is rescheduled for January 22, 2013 at 2:00 p.m. The parties shall file a Joint Status Report two weeks prior to the Scheduling Conference. In filing

1

their Joint Status Report, the parties shall consult the requirements as explained in the court's March 25, 2012, Order Re: Status (Pretrial Scheduling) Conference. (Docket No. 3.) IT IS SO ORDERED.

DATED: August 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2