# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROCHEN RIVERS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA SUSSEX CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 2:12-CV-01087 WBS (EFBx)<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   March 15, 2012<br>Trial Date:<br>Judge: Hon. William B. Shubb |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** pursuant to the stipulation of the parties, Plaintiff is granted leave to file his First Amended Complaint.  The First Amended Complaint, attached as Exhibit 1 to the stipulation (Docket No. 11) shall be deemed filed as of this date.

**IT IS SO ORDERED.**

DATED:  December 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE