# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROCHEN RIVERS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COLUMBIA SUSSEX CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 2:12-CV-01087 WBS (EFBx)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO <u>DEFENDANT COLUMBIA SUSSEX CORPORATION</u> <u>ONLY</u> PURSUANT TO FRCP 41(a)**<br><br>Complaint Filed:   March 15, 2012<br>Trial Date:<br>Judge: Hon.       William B. Shubb |

The Court having read and considered the stipulation to dismiss pursuant to FRCP 41(a), and with good cause appearing, this action is dismissed with prejudice as to Defendant COLUMBUA SUSSEX CORPORATION only.

DATED: February 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE